IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>JULIO BERNABEL-DIAZ a/k/a )<br>REINALDO ORTIZ-FANTAUZZI  )<br>) | CRIMINAL NO. CR-04-10172-NG<br><br>VIOLATIONS:<br>  18 U.S.C. §1542<br>  (Passport Fraud) |

### INFORMATION

COUNT ONE: 18 U.S.C. §1542
         (Passport Fraud)

The United States Attorney charges that:

On or about December 3, 2003, at Roxbury in the District of Massachusetts,

**JULIO BERNABEL-DIAZ a/k/a
REINALDO ORTIZ-FANTAUZZI**

the defendant herein, did willfully and knowingly make a false statement on an application for a United States Passport with the intent to induce or secure the issuance of a passport under the authority of the United States, either for his use or the use of another.

All in violation of Title 18, United States Code, Section 1542.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Nadine Pellegrini
    Nadine Pellegrini
    Assistant U.S. Attorney