UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*filed in open court 6/1/04*

CASE: 04~~-10172-NG~~

*04-10172-NG*

UNITED STATES OF AMERICA

V.

CHRISTIAN COLON
(AKA REINALDO ORTIZ-FANTAUZZI)

NOTICE OF APPEARANCE

Now comes J. Thomas Kerner and files a notice of appearance
for the defendant in the above captioned matter.

J. THOMAS KERNER
Attorney at Law
230 Commercial Street
Boston, MA  02109
(617) 720-5509