AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA

v.

Julio Bernabel-Diaz aka
Reinaldo Ortiz-Fantuzze

WAIVER OF INDICTMENT

CASE NUMBER: 04-10172-NG

I, __Julio Bernabel-Diaz__, the above named defendant, who is accused of

__Passport fraud in violation 18 USC § 1542__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __9/30/04__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

filed on 9/30/04

__Julio E. Bernabel__
Defendant

__Thomas Kerner__
Counsel for Defendant

Before __[signature]__
Judicial Officer