# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

Cristian COLON a/k/a
Reinaldo Ortiz-Fantauzzi

**WARRANT FOR ARREST**

CASE NUMBER: 04-1677-CBS

04-10172NG

TO: The United States Marshal and any Authorized United States Officer and/or the

**YOU ARE HEREBY COMMANDED** to arrest __Cristian COLON a/k/a Reinaldo Ortiz-Fantauzzi__,
                                                                        Name

and bring him forthwith to the nearest Magistrate Judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of the Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with *(brief description of offense)*
false statement in passport application

in violation of Title __18__ United States Code, Section(s) __1542__

CHARLES B. SWARTWOOD — UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer — Title of Issuing Officer

Signature of Issuing Officer — 2-3-04 @ Boston, MA — Date and Location

Bail Fixed at _____ By: _____
                        Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

EXECUTED BY DSS
BY ARREST / ARRAIGNMENT OF THE DEFENDANT ON 2/18/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Electronically produced by Glenda Abelman, USAO, EDNY